**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)                    Case Number **11–16741–MM7**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

# AMENDED Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/10/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mario Giancarlo Rodriguez
dba Rodriguez & Holcom LLC
450 West Laurel Street
San Diego, CA 92101

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11–16741–MM7 | xxx–xx–0265 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Harold D. Thompson | Richard M Kipperman |
| Law Office of Harold D. Thompson | Corporate Management |
| 605 C Street, 2nd Floor | P.O. Box 3010 |
| San Diego, CA 92101 | La Mesa, CA 91944–3010 |
| Telephone number: (619) 615–0767 | Telephone number: (619) 668–4508 |

## Meeting of Creditors

Date: **November 4, 2011**                    Time: **01:00 PM**

Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 660, Hearing Room A, San Diego, CA 92101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
### See "Presumption of Abuse" on reverse side.

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/3/12**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Jacob Weinberger U.S. Courthouse | |
| 325 West F Street | Clerk of the Bankruptcy Court: |
| San Diego, CA 92101–6991 | Barry K. Lander |
| Telephone number: 619–557–5620 | |
| Website: www.casb.uscourts.gov | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 10/12/11 |

AMENDED TO REFLECT CORRECT SPELLING OF DBA

## EXPLANATIONS

FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Southern District of California

Case Number
11–16741–MM7

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 10/10/11, the following person is named Interim Trustee of the estate of the debtor:

Richard M Kipperman
Corporate Management
P.O. Box 3010
La Mesa, CA 91944–3010

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619–557–5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated:  10/12/11

United States Bankruptcy Court
Southern District of California

In re:                                                                 Case No. 11-16741-MM
Mario Giancarlo Rodriguez                                              Chapter 7
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0974-3        User: fbraxton        Page 1 of 1        Date Rcvd: Oct 12, 2011
                           Form ID: b9a           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db          +Mario Giancarlo Rodriguez,     450 West Laurel Street,    San Diego, CA 92101-1338
aty         +Harold D. Thompson,    Law Office of Harold D. Thompson,     605 C Street, 2nd Floor,
             San Diego, CA 92108-4424
smg         +Div. of Labor Standards Enforcement,     7575 Metropolitan Drive, Suite 210,
             San Diego, CA 92108-4424
smg          Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,     PO Box 520,
             Center Valley, PA 18034-0520
smg         +State Board of Equalization,     P.O. Box 942879,    Sacramento, CA 94279-0001
12961401    +AWA Collections,    Box 6605,    Orange CA 92863-6605
12961400    +Action Pro,    591 12th St,    Paso Robles CA 93446-2202
12961403    +CMRE Fin,    3350 Birch St,    Brea CA 92821-6264
12961402    +CalBusBur,    4542 Ruffner St 160,    San Diego CA 92111-2238
12961410    +JP Morgan Chase,    Bank Dept 3415 Vision Dr,     Columbus OH 43219-6009
12961411    +Kevin Choate,    3553 Pershing Ave,    San Diego, CA 92104-3413
12961413     NCO Fin,    Box 41726,    Phi PA 19101
12961415    +Rancho Santa Fe T&L,    1001 W San Marcos Blvd,    San Marcos CA 92078-4012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BRMKIPPERMAN.COM Oct 13 2011 02:43:00      Richard M Kipperman,    Corporate Management,
             P.O. Box 3010,    La Mesa, CA 91944-3010
smg         +EDI: EDD.COM Oct 13 2011 02:43:00      Employment Develop. Dept., State of CA,
             Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Oct 13 2011 02:43:00      Franchise Tax Board,    Attn: Bankruptcy,
             P.O. Box 2952,    Sacramento, CA 95812-2952
ust          E-mail/Text: ustp.region15@usdoj.gov Oct 13 2011 03:06:40      United States Trustee,
             Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA 92101-8511
12961404    +E-mail/Text: BKNOTICES@EAFLLC.COM Oct 13 2011 03:08:32      EAF LLC,    1120 W Lake Cook Rd B,
             Buffalo Grove IL 60089-1970
12961405    +EDI: AMINFOFP.COM Oct 13 2011 02:43:00      First Premiere,    900 Delaware 7,
             Siuox Falls SD 57104-0337
12961406    +EDI: RMSC.COM Oct 13 2011 02:43:00      GEMB Banana,    Box 981400,    El Paso TX 79998-1400
12961407    +EDI: RMSC.COM Oct 13 2011 02:43:00      GEMB Care,    Box 981400,    El Paso TX 79998-1400
12961408    +E-mail/Text: steph-gma@sti.net Oct 13 2011 03:08:03      Grant Merc,    Box 1903,
             Oakhurst CA 93644-1903
12961409     EDI: IRS.COM Oct 13 2011 02:43:00      IRS,    Box 7346,    Phila PA 19101-7346
12961412    +EDI: RESURGENT.COM Oct 13 2011 02:43:00      LVNV Funding,    Box 10497,    Greenville SC 29603-0497
12961414    +EDI: PRA.COM Oct 13 2011 02:43:00      Portfolio,    120 Corporate Bl  1,    Norfolk VA 23502-4962
                                                                                         TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         United States Trustee,    Office of the U.S. Trustee,    402 West Broadway, Ste. 600,
             San Diego, CA 92101-8511
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**    *Joseph Speetjens*